# Exhibit A

Brandon Shaw
915 Ashwood Dr
Madison AL 35758

0006619725000011
COGENCY GLOBAL INC
EARLY WARNING SERVICES, LLC
16552 NORTH 90TH STREET
SCOTTSDALE AZ 85260
USA



USPS CERTIFIED MAIL

9214 8901 4298 0471 6103 27



FILED
07-25-2022
CIRCUIT COURT
DANE COUNTY, WI
2022SC003177

DATE SIGNED: July 26, 2022

Electronically signed by Carlo Esqueda, Clerk of Circuit Court
Clerk of Court

| STATE OF WISCONSIN | CIRCUIT COURT | DANE COUNTY |
|---|---|---|

☐ Amended

BRANDON SHAW vs. EARLY WARNING SERVICES, LLC

**Summons and Complaint Small Claims**

Case No: 2022SC003177
Tort/Personal Injury ($5000 or less) 31010

**Plaintiff:**
BRANDON SHAW
206 WEST QUARRY STREET
Deerfield, WI 53531

**Defendant:**
EARLY WARNING SERVICES, LLC
16552 North 90th Street
Scottsdale, AZ 85260

This form does not replace the need for an interpreter, any colloquies mandated by law, or the responsibility of court and counsel to ensure that persons with limited English proficiency fully comprehend their rights and obligations.

If you require reasonable accommodations due to a disability to participate in the court process, please call 608-266-4311 at least 10 working days prior to the scheduled court date. Please note that the court does not provide transportation.

## SUMMONS

**When to Appear/File an Answer**

| Date | Time |
|---|---|
| 08-23-2022 | 09:00 am |

**Place to Appear/File an Answer**

Dane County Clerk of Court
Dane County Courthouse
215 S. Hamilton Street
Madison WI 53703-3285

**To the Defendant(s):**
You are being sued as described on the attached complaint. If you wish to dispute this matter:
☐ You must appear at the time and place stated.
☒ You must file a written answer and provide a copy to the plaintiff or plaintiff's attorney on or before the date and time stated.
If you do not appear or answer, the plaintiff may win this case and a judgment entered for what the plaintiff is asking.

| Date Summons Issued | Date Summons Mailed |
|---|---|
| 07-26-2022 | |

SC-500E(CCAP), 08/2011 Summons and Complaint Small Claims
This form shall not be modified. It may be supplemented with additional material.
Chapter 799, Wisconsin Statutes

FILED
07-25-2022
CIRCUIT COURT
DANE COUNTY, WI
2022SC003177

**STATE OF WISCONSIN, CIRCUIT COURT, _____ COUNTY**

**Plaintiff:** [Name (First, Middle, Last), Address, City, State, Zip]
Brandon, Shaw
206 West Quarry St Deerfield, WI, 53531
Pursuant to 15 USC 1592a(3) I am the consumer, Pursuant to 15
USC 1692c(c)(2), I am invoking my specific remedy as a consumer
and the original creditor.      ☐ See attached for additional plaintiffs.

-vs-

☐ Amended

**To: Defendant(s):** [Name (First, Middle, Last), Address, City, State, Zip]
EARLY WARNING SERVICES, LLC
16552 North 90th Street Scottsdale, AZ 85260
Registered Agent: COGENCY GLOBAL INC
300 W CLARENDON AVE STE 240, PHOENIX, AZ 85013
☐ See attached for additional defendants.

**Summons and Complaint
(Small Claims)**

Case No. _____

| | | |
|---|---|---|
| ☐ Claim for money ($10,000 or less) | 31001 |
| ☒ Tort/Personal injury ($5,000 or less) | 31010 |
| ☐ Return of property (replevin) | 31003 |
| ☐ Eviction | 31004 |
| ☐ Eviction due to foreclosure | 31002 |
| ☐ Arbitration award | 31006 |
| ☐ Return of earnest money | 31008 |

If you require reasonable accommodations due to a disability to participate in the court process, please call _____ prior to the scheduled court date. Please note that the court does not provide transportation.

## SUMMONS

**To the Defendant(s):**

You are being sued as described on the attached complaint. If you wish to dispute this matter:
☐ You must appear at the time and place stated.
☐ You must file a written answer and provide a copy to the plaintiff or plaintiff's attorney on or before the date and time stated.

If you do not appear or answer, the plaintiff may win this case and a judgment entered for what the plaintiff is asking.

**When to Appear/File an Answer**

| Date | Time |
|---|---|
| | |

**Place to Appear/File an Answer**

Clerk/Attorney Signature

| Date Summons Issued | Date Summons Mailed |
|---|---|
| | |

SC-500, 11/19 Summons and Compliant (Small Claims)                    Chapter 799, Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.
Page 1 of 2

# COMPLAINT

**Plaintiff's Demand:**
The plaintiff states the following claim against the defendant(s):
1. Plaintiff demands judgment for *(Check as appropriate)*
   - ☐ Claim for Money $ _____
   - ☒ Tort/Personal Injury $ __5,000__
   - ☐ Return of property (replevin) *(Describe property in 2 below.)* (Not to include Wis. Stats. 425.205 actions to recover collateral.)
   - ☐ Eviction
   - ☐ Eviction due to foreclosure
   - ☐ Return of Earnest Money
   - ☐ Confirmation, vacation, modification or correction of arbitration award

   Plus interest, costs, attorney fees, if any, and such other relief as the court deems proper.

2. Brief statement of dates and facts:
   *(If this is an eviction action and you are seeking money damages, you must also state that claim on this form.)*

NOTICE OF PENDING LITIGATION SEEKING RELIEF AND MONETARY DAMAGES UNDER FCRA 15 U.S. CODE § 1681n Civil Liability for willful noncompliance and 15 U.S. CODE § 1681o Civil Liability for negligent noncompliance and 15 U.S. CODE § 1692k Civil liability. You have no legal standing against me Pursuant 15 U.S. CODE § 1692(b)(b) Authorization of action Pursuant to 15 U.S. CODE § 1692a(3) I am the consumer and I never gave ANY REPORTING AGENCY DIRECT written content to report anything on my consumer report. No consent is IDENTITY THEFT. PURSUANT TO 15 U.S. CODE § 1692c(c)(2), I am invoking my specified remedy, as a consumer and the original creditor. Defamation of Character, Negligent Enablement of Identity Fraud. Violations of the Fair Credit Reporting Act, Financial Injury, PENALTY OF PERJURY Violations of 15 U.S. CODE § 1692g.

I am presenting myself as a federally protected consumer and to my understanding you have assumed a vital role in assembling and evaluating consumer credit. I also understand that you have been developed to uphold consumers credit worthiness, credit standing, credit capacity, character and most of all the REPUTATION of consumers. While looking at my consumer reports, I noticed accounts that were listed without my permission and written instruction. This is a violation of federal law pursuant to 15 U.S. CODE & 1681b. I want these accounts deleted immediately. Seeking $1,000 per violation for each month reported for Pursuant 15 U.S. CODE § 1692k(d)

☐ **See attached for additional information**. Provide copy of attachments for court and defendant(s).

I am the: ☒ plaintiff.   ☐ attorney for the plaintiff.

▶ _Brandon Shaw_ (signature)
Plaintiff's Signature
**Brandon, Shaw**
Name Printed or Typed
**3710 ridge rd Deerfield, WI, 53531**
Address
**Brandoncshaw1990@gmail.com**
Email Address
**608-279-1548**   **7/20/2022**
Telephone Number   Date

Attorney's Signature
Attorney's Name Printed or Typed
Attorney's Address
Attorney's Email Address   Attorney's Telephone Number
Date   State Bar No.

